

# In the Missouri Court of Appeals
## Eastern District

JANUARY 5, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102178     STATE OF MISSOURI, RES V ANTWANE JOHNSON, APP